UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CRYSTAL DAWN TURNER | ) | CASE NO. 10-81357 |
| JOHN BRONA TURNER, III | ) | CHAPTER 13 |
| DEBTORS | ) | |

## OBJECTION TO CONFIRMATION

**COMES NOW,** Wells Fargo Bank, NA (hereinafter "Creditor"), a secured creditor in the above captioned case, by and through undersigned counsel, Brock & Scott, PLLC, and hereby objects to the treatment of Creditor's lien per the terms of the proposed plan filed by Debtors on August 16, 2010. The Objection is supported as follows:

1. On July 30, 2010, the Debtor filed a petition with the Bankruptcy Court for the Middle District of North Carolina under Chapter 13 of Title 11 of the United States Code.

2. This Court has jurisdiction over this proceeding pursuant to 28 USC §§ 1334 and 157.

3. Creditor holds a first position lien on real property (hereinafter "Collateral") described in that Deed of Trust recorded in the Person County Register of Deeds at Book 446 at Page 52 and recorded on August 1, 2003 (hereinafter "Deed of Trust") with an address of 134 Virgie Wilkerson Road, Timberlake NC 27583. A copy of the Deed of Trust is attached hereto and is incorporated herein as Exhibit "A".

4. Creditor holds a Promissory Note secured by the Deed of Trust from the Debtor in the original principal amount of $106,450.00 and dated July 31, 2003 (hereinafter "Note"). A copy of the Note is attached hereto and incorporated herein as Exhibit "B".

5. The Debtors proposed plan under "4. Real Property and Personal Property Partially Secured Claims," states their intention to grant Creditor a secured claim in the amount of $57,372.00 and treat the balance of the claim as unsecured.

WHEREFORE, Wells Fargo Bank, NA prays the Court grant the following relief:

1. Set this matter for hearing; and.

2. Require Debtors' Plan be modified to provide for Creditor as fully secured.

3. For such other and further relief that the Court may deem necessary and proper.

This 12th day of October, 2010.

                                              Brock and Scott, PLLC

                                              */s/ Sean M. Corcoran*  
                                              Sean M. Corcoran  
                                              Attorney for Movant  
                                              Brock & Scott, PLLC  
                                              5121 Parkway Plaza Drive, Suite 300  
                                              Charlotte, NC 28217  
                                              (704) 369-0676  
                                              State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|                              |   |                      |
|------------------------------|---|----------------------|
|                              | ) |                      |
| IN RE:                       | ) |                      |
| CRYSTAL DAWN TURNER          | ) | CASE NO. 10-81357    |
| JOHN BRONA TURNER, III       | ) | CHAPTER 13           |
|     DEBTORS | ) |                      |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION TO CONFIRMATION in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Crystal Dawn Turner
John Brona Turner, III
134 Virgie Wilkerson Road
Timberlake, NC 27583

Mr. John T. Orcutt
Via electronic notice

Mr. Richard M. Hutson, II
Via electronic notice

This 12th day of October, 2010.

                                 Brock and Scott, PLLC

                                 */s/ Sean M. Corcoran*_____
                                 Sean M. Corcoran
                                 Attorney for Movant
                                 Brock & Scott, PLLC
                                 5121 Parkway Plaza Drive, Suite 300
                                 Charlotte, NC 28217
                                 (704) 369-0676
                                 State Bar Number 33387